1  McGREGOR W. SCOTT
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO.: 2:20-MC-00286-TLN-CKD |
|---|---|
11 | Plaintiff, | **STIPULATION FOR FINAL ORDER OF GARNISHMENT OF BANK ACCOUNTS; AND ORDER** |
12 | v. | |
13 | MICHAEL MCCREE, | |
14 | Defendant, | |
15 | PATELCO CREDIT UNION, (and its Successors and Assignees), | |
16 | | |
17 | Garnishee. | |

18

19     The United States initiated a garnishment action against the accounts defendant Michael McCree

20 (McCree) and his wife, Debra McCree, aka Debra Fields (collectively, the McCrees), maintain at

21 garnishee Patelco Credit Union (Patelco). ECF No. 3, Writ of Continuing Garnishment (the Writ). The

22 United States initiated the action to enforce the unpaid judgment entered against McCree on September

23 27, 2018 in criminal case number 2:12-cr-000279-TLN. ECF No. 124. McCree's judgment balance at

24 the time the Clerk of Court issued the Writ was $109,943.59 (the Judgment Balance).

25     The signatories hereto agree and stipulate to the garnishment of the McCrees' Patelco savings

26 and checking accounts as follows:

27     1.     The United States' garnishment action is an authorized remedy under the Federal Debt

28

STIPULATION RE                                    1
GARNISHMENT; AND ORDER

Collection Procedures Act 28 U.S.C. §§ 3001 – 3308 (FDCPA) to recover a judgment on a debt.  28 U.S.C. § 3205(a).

    2.    Garnishee Patelco has in its possession, custody, and control, the following property belonging to the McCrees (the Accounts):

| Account No. | Property Type | Approximate Amount | Owner |
|---|---|---|---|
| xxxx-68-00 | Savings | $11,316.81 | Michael McCree |
| xxxx-68-10 | Checking | $1,279.81 | Michael McCree |
| xxxx-38-00 | Savings | $54,961.98 | Debra Fields |
| Total | | $67,558.60 | |

ECF No. 6, Acknowledgement of Service and Answer of Garnishee.

    3.    McCree and the McCrees acknowledge and understand that the FDCPA affords them certain rights in a garnishment proceeding.  They further acknowledge that the United States served them notice of their rights.  ECF No. 5, Certificate of Service.  McCree, as defendant, and the McCrees, as community property owners of the Accounts, waive these rights, including, the right to claim exemptions, to request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5), and to any other process to which they may be entitled under the FDCPA.

    4.    To implement their stipulation, the United States and the McCrees agree the Court should enter an order:

        A.    Garnishing the Accounts;

        B.    Directing Patelco to liquidate and pay the entire contents of the Accounts to the Clerk of the Court as set forth in the accompanying order; and

        C.    Terminating this garnishment upon the Clerk of the Court's receipt and posting of Patelco's payment to McCree's Judgment Balance.

    5.    The United States and the McCrees, in accordance with the provisions of Title 28, U.S.C. Section 636(c)(1), hereby voluntarily consent to have a United States Magistrate Judge conduct all further all further proceedings in this case, including trial and entry of final judgment, with direct review

STIPULATION RE
GARNISHMENT; AND ORDER

1  by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

2       6.    Debra McCree acknowledges she has had the opportunity to consult with counsel regarding this stipulation and its proposed order.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

               McGREGOR W. SCOTT
               United States Attorney

Dated: February 22, 2021     By:   */s/ Kurt A. Didier*
               KURT A. DIDIER
               Assistant United States Attorney

FOR THE DEFENDANT, MICHAEL MCCREE:

Dated: February 22, 2021        */s/ Michael McCree (by permission)*
               MICHAEL McCREE

FOR THE DEFENDANT'S SPOUSE, DEBRA MCCREE AKA DEBRA FIELDS:

Dated: February 22, 2021        */s/ Debra McCree (by permission)*
               DEBRA McCREE aka DEBRA FIELDS

APPROVED AS TO FORM AND CONTENT:

Dated: February 22, 2021        */s/ Todd D. Leras (by permission)*
               TODD D. LERAS, ESQ., counsel for defendant
               Michael McCree

**O R D E R**

The Court, having reviewed the court files and the signatories' Stipulation for Final Order of Garnishment of Bank Accounts (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Michael McCree (McCree), and his spouse, Debra McCree aka Debra Fields', Patelco Credit Union (Patelco) savings and checking accounts ending in the last four numbers *68-00, *68-10, and *38-00 (the Accounts), are garnished.

2. Patelco, as garnishee, is directed to liquidate and pay to the Clerk of the Court, within 21 days of the filing of this order, the entire contents of the Accounts.

3. Patelco shall make its payment by delivering a cashier's check, money order, or company draft made payable the **Clerk of the Court** and mailed to the Clerk of the Court, United States District Court, 501 I Street, Suite 4-200, Sacramento, California 95814.  Patelco shall state the case name and number (U.S. v. McCree, Case No. 2:12-cr-00279) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. Patelco shall include with its payment, a transaction record(s) showing that it has liquidated and paid to the Clerk of the Court the entire contents of the Accounts.

5. This garnishment shall terminate upon the Clerk of the Court's receipt and posting of Patelco's payment to McCree's judgment balance, and its receipt of the transaction records described above.  In the interim, the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  February 24, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE